USDC SCAN INDEX SHEET









CONTRERAS

COUNTY OF SAN DIEGO

TB
3:90-CV-01336
*46*
*STIPO.*

1 | JOHN J. SANSONE, County Counsel (Acting) (State Bar ID No. 103060)
County of San Diego
2 | DIANE BARDSLEY, Chief Deputy (State Bar ID No. 81525)
By MIRIAM E. BREWSTER, Deputy (State Bar ID No. 140757)
3 | 1600 Pacific Highway, Room 355
San Diego, California  92101-2469
4 | Telephone (619) 531-4886

5 | Attorneys for Defendant County of San Diego

6 | FRANK S. CLOWNEY III, Esq. (State Bar ID No. 81694)
610 West Ash Street, Suite 1000
7 | San Diego, California  92101
Telephone (619) 557-0458

8 | Attorney for Plaintiffs

9 |

**FILED**

**MAY 3 0 1996**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____

10 |            UNITED STATES DISTRICT COURT

11 |        FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12 |

13 | MARTIN CONTRERAS, et al.,        )    No. 90-1336-GT (AJB)
                                   )
14 |              Plaintiffs,        )    STIPULATED SETTLEMENT AND ORDER
        v.                         )
15 |                                )
COUNTY OF SAN DIEGO,               )
16 |                                )
              Defendant.           )
17 | _____ )

18 |      This is an action under the Fair Labor Standards Act, 29 United

19 | States Code section 209 et seq. ("FLSA").  PLAINTIFFS are or were

20 | employees of defendant County of San Diego (the "COUNTY") who allege

21 | violations of the time and one-half overtime provisions of the FLSA.

22 | This case was stayed on February 10, 1993, pending the outcome of

23 | related litigation entitled Service Employees International Union,

24 | Local 102 v. County of San Diego, Case No. 90-1211-GT (M), ("SEIU").

25 | On July 19, 1995, the Ninth Circuit Court of Appeal issued its Order

26 | and Supplemental Opinion in the related litigation, SEIU v. County of

27 | San Diego 60 F.3d 1346 (9th Cir. 1995).

28 | ///

46

The parties hereby agree to resolve all issues remaining in this litigation, on the terms set forth below.

1.  <u>Parties:</u>  The parties to this action are Martin Contreras, Michael Morrissey, Frances G. Abalos, Abelardo Gonzalez, Eloy O. Olivas, Louis Archbold, Michael Shelton, Jim Robertson, Ken Valley, Robert Reyes, Robert Solomon and Sally Hoover ("PLAINTIFFS") and defendant COUNTY.

2.  <u>Litigation Claims:</u>:  PLAINTIFFS brought this suit seeking overtime compensation for a period commencing three years prior to the filing of the suit, liquidated damages, attorney's fees and costs.

3.  <u>Defenses:</u>  The COUNTY defended on the grounds that PLAINTIFFS were properly exempted from the overtime provisions of the FLSA, that certain "standby" time was not compensable work time under the FLSA, that it had employment agreements covering the compensation for such standby time, and that it had acted in good faith and with reasonable grounds.

4.  <u>Jurisdiction:</u>  The district court has jurisdiction of this suit under section 16(b) of the FLSA, 29 U.S.C. section 216(b).

5.  <u>Settlement:</u>  The parties hereby agree to settle this action as set forth in this agreement.

///
///
///
///
///
///
///
///

-2-

6.   <u>Intention to Fully Resolve All Issues Between the Parties:</u>
The parties intend through this settlement to fully resolve all issues remaining in this litigation.  Full and complete settlement has been reached on all issues and the terms of the settlement are set forth in this stipulation.  These terms are accepted by the PLAINTIFFS through their execution of forms entitled "Release and Waiver of All Claims." A copy of the form is attached to this agreement as Exhibit "1."  The terms are accepted by the COUNTY, by and through its counsel of record.

7.   <u>Complete Release and Waiver:</u>  On the basis of the settlement and the implementation of its provisions, and by executing the Release and Waiver of All Claims described in paragraph 6 above, each PLAINTIFF completely releases, waives and/or abandons all FLSA claims for the period covered by the suit, whether known or unknown, whether set forth in the complaint in this action or not, and whether against the County, its officers, agents, or its employees, including all claims for back wages, liquidated damages, interest, attorneys' fees, costs, and/or expenses, except as set forth in the settlement.

8.   <u>Terms of Settlement:</u>

a.   <u>Payment of Wages and Interest:</u>  In consideration of the complete release of all claims by PLAINTIFFS, the COUNTY agrees to pay a total of $482,847.20 to counsel for PLAINTIFFS, in the form of payroll checks made payable to individual PLAINTIFFS.  The amount of each check will be as follows:

///
///
///
///

-3-

| PLAINTIFF | WAGES | INTEREST | TOTAL |
|-----------|-------|----------|-------|
| CONTRERAS, Martin | $ 67,756.18 | $   8,411.81 | $ 76,167.99 |
| MORRISSEY, Michael | 57,015.66 | 7,078.39 | 64,094.05 |
| ABALOS, Frances G. | 36,184.91 | 4,492.29 | 40,677.20 |
| GONZALES, Abelardo | 89,525.90 | 0 | 89,525.90 |
| OLIVAS, Eloy O. | 29,828.34 | 3,703.14 | 33,531.48 |
| ARCHBOLD, Louis | 3,255.93 | 404.22 | 3,660.15 |
| SHELTON, Michael | 45,575.76 | 5,658.15 | 51,233.91 |
| ROBERTSON, Jim | 1,197.24 | 148.64 | 1,345.88 |
| VALLEY, Ken | 90,386.20 | 11,214.06 | 101,600.26 |
| REYES, Robert | 6,577.44 | 816.58 | 7,394.02 |
| SOLOMAN, Robert | 6,088.84 | 755.92 | 6,844.76 |
| HOOVER, Sally | 6,023.76 | 747.84 | 6,771.60 |
| | | | |
| TOTALS | $439,416.16 | $ 43,431.04 | $482,847.20 |

The parties understand that such wages and interest are subject to all appropriate withholdings.  The parties further understand that the payments made under this agreement will not be included in the calculation of PLAINTIFFS' retirement benefits.  The payroll checks issued by the COUNTY shall specify the amount of back wages, the amount of interest thereon, and all withholdings from these amounts.

b. Timing of Payment of Wages and Interest:  The COUNTY agrees to provide payroll checks to PLAINTIFFS' counsel as soon as possible after approval of this agreement by the Court and the execution of the release form by all PLAINTIFFS.

c.  Payment of Attorneys' Fees, Costs and Expenses:  The COUNTY agrees to pay a total of $28,152.00 for attorney's fees, costs and expenses in this litigation.

d.  Stipulated Dismissal of Litigation:  The parties will file a stipulated dismissal of this litigation with prejudice within days of the release of the paychecks to counsel for PLAINTIFFS.

///

///

///

1       9.   <u>Mutual Waiver of Further Proceedings:</u>   The parties waive any

2   right to further review of the issues raised in this litigation, and to

3   any further review of this Stipulation and Order once approved by this

4   Court, except for enforcement of the provisions of the agreement.

5       10.   <u>Approval by the Court:</u>   If this stipulation or any part is

6   not approved by this Court, the entire stipulation is invalid and not

7   binding on the parties, unless the parties agree to modify the

8   stipulation.

9       11.   <u>Non Admission and Limited Application:</u>   The Parties agree

10   that this stipulation is based on the facts of this specific action and

11   is intended to apply only to this action.   The stipulation may not be

12   used as an admission on the part of the COUNTY or as a waiver of any

13   defense on the part of the COUNTY in any other proceeding or by any

14   other party.

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1       12.   <u>Request for Court Approval and Order:</u>   The case file in this

2  matter was closed by order of the Court, entered on May 20, 1994.   The

3  order directing the closing of the file was given subject to reopening

4  should further proceedings be necessary.   Plaintiffs have reopened the

5  case file for the limited purpose of obtaining court approval of this

6  settlement.   The parties, through their respective counsel of record,

7  request that this Court approve the settlement set forth in this

8  stipulation and order settlement in accordance with its terms.

9  DATED: 5/21/96              JOHN J. SANSONE, County Counsel (Acting)
                               DIANE BARDSLEY, Chief Deputy
10

11                            By   Miriam E. Brewster

12                                 MIRIAM E. BREWSTER, Deputy
                                   Attorneys for Defendant County of San Diego
13
   DATED: 5/26/96              FRANK S. CLOWNEY III, Esq.
14

15                            By   Frank S. Clowney
16                                 FRANK S. CLOWNEY III, Esq.
                                   Attorney for Plaintiffs
17
                                       ORDER
18
      GOOD CAUSE APPEARING, IT IS SO ORDERED.
19
   DATED: June 1, 1996
20

21                            _____
                              UNITED STATES DISTRICT COURT JUDGE
22

23

24

25

26

27

28  NEB\CONTRERAS\SETTLE.ORD

                                      -6-

COMPLETE RELEASE AND WAIVER OF ALL CLAIMS


    By signing this form, I agree to accept the terms of the
settlement in the civil suit I brought against my current or
former employer, the County of San Diego ("County"), under the
Fair Labor Standards Act ("FLSA").  This litigation is entitled
Martin Contreras, et al. v. County of San Diego, U.S. District
Court, Southern District of California, No. 90-1336-GT (AJB).  I
understand that I completely release, waive and/or abandon all
FLSA claims for the period covered by the suit, whether known or
unknown, whether set forth in the complaint in this action or
not, and whether against the County, its officers, agents, or its
employees, including all claims for back wages, liquidated
damages, interest, attorneys fees, costs, and expenses, except as
set forth in the settlement.


PRINTED NAME   *MARTIN A. Contreras*

SOCIAL SECURITY NUMBER   *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*

MAILING ADDRESS   *34429 Fairview Dr.*
                  *Yucaipa, Ca. 92399*


SIGNATURE   *[signature]*          DATE   *5-16-96*


# EXHIBIT "1"

## COMPLETE RELEASE AND WAIVER OF ALL CLAIMS

By signing this form, I agree to accept the terms of the settlement in the civil suit I brought against my current or former employer, the County of San Diego ("County"), under the Fair Labor Standards Act ("FLSA"). This litigation is entitled Martin Contreras, et al. v. County of San Diego, U.S. District Court, Southern District of California, No. 90-1336-GT (AJB). I understand that I completely release, waive and/or abandon all FLSA claims for the period covered by the suit, whether known or unknown, whether set forth in the complaint in this action or not, and whether against the County, its officers, agents, or its employees, including all claims for back wages, liquidated damages, interest, attorneys fees, costs, and expenses, except as set forth in the settlement.

PRINTED NAME   _Michael A Morrissey_

SOCIAL SECURITY NUMBER   _561 - 74 - 2421_

MAILING ADDRESS   _P O Box 1763 EL Cajon_
_Calif 92022_

SIGNATURE   _Michael A Morrissey_   DATE   _5-7-96_

# EXHIBIT "1"

## COMPLETE RELEASE AND WAIVER OF ALL CLAIMS

By signing this form, I agree to accept the terms of the settlement in the civil suit I brought against my current or former employer, the County of San Diego ("County"), under the Fair Labor Standards Act ("FLSA"). This litigation is entitled Martin Contreras, et al. v. County of San Diego, U.S. District Court, Southern District of California, No. 90-1336-GT (AJB). I understand that I completely release, waive and/or abandon all FLSA claims for the period covered by the suit, whether known or unknown, whether set forth in the complaint in this action or not, and whether against the County, its officers, agents, or its employees, including all claims for back wages, liquidated damages, interest, attorneys fees, costs, and expenses, except as set forth in the settlement.

PRINTED NAME  _FRANCES G. ABALOS_

SOCIAL SECURITY NUMBER  _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_

MAILING ADDRESS  _349 CRESTVIEW DRIVE_
_BONITA, CA 91902_

SIGNATURE  _Frances Abalos_        DATE  _04-17-96_

# EXHIBIT "1"

## COMPLETE RELEASE AND WAIVER OF ALL CLAIMS

By signing this form, I agree to accept the terms of the settlement in the civil suit I brought against my current or former employer, the County of San Diego ("County"), under the Fair Labor Standards Act ("FLSA"). This litigation is entitled Martin Contreras, et al. v. County of San Diego, U.S. District Court, Southern District of California, No. 90-1336-GT (AJB). I understand that I completely release, waive and/or abandon all FLSA claims for the period covered by the suit, whether known or unknown, whether set forth in the complaint in this action or not, and whether against the County, its officers, agents, or its employees, including all claims for back wages, liquidated damages, interest, attorneys fees, costs, and expenses, except as set forth in the settlement.

PRINTED NAME ___ABELARDO P. GONZALEZ___

SOCIAL SECURITY NUMBER ___552 92 7032___

MAILING ADDRESS ___1743 DAHLIA AVE___
___SAN DIEGO, CA 92154___

SIGNATURE _____ DATE ___April 9, 1996___

# EXHIBIT "1"

COMPLETE RELEASE AND WAIVER OF ALL CLAIMS

By signing this form, I agree to accept the terms of the settlement in the civil suit I brought against my current or former employer, the County of San Diego ("County"), under the Fair Labor Standards Act ("FLSA"). This litigation is entitled Martin Contreras, et al. v. County of San Diego, U.S. District Court, Southern District of California, No. 90-1336-GT (AJB). I understand that I completely release, waive and/or abandon all FLSA claims for the period covered by the suit, whether known or unknown, whether set forth in the complaint in this action or not, and whether against the County, its officers, agents, or its employees, including all claims for back wages, liquidated damages, interest, attorneys fees, costs, and expenses, except as set forth in the settlement.

PRINTED NAME _ELOY OMAR OLIVAS_

SOCIAL SECURITY NUMBER _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_

MAILING ADDRESS _1188 BEYER WAY 204A_
_SD, CA. 92154_

SIGNATURE _Eloy Olivas_          DATE _4-20-96_

EXHIBIT "1"

## COMPLETE RELEASE AND WAIVER OF ALL CLAIMS

By signing this form, I agree to accept the terms of the settlement in the civil suit I brought against my current or former employer, the County of San Diego ("County"), under the Fair Labor Standards Act ("FLSA"). This litigation is entitled Martin Contreras, et al. v. County of San Diego, U.S. District Court, Southern District of California, No. 90-1336-GT (AJB). I understand that I completely release, waive and/or abandon all FLSA claims for the period covered by the suit, whether known or unknown, whether set forth in the complaint in this action or not, and whether against the County, its officers, agents, or its employees, including all claims for back wages, liquidated damages, interest, attorneys fees, costs, and expenses, except as set forth in the settlement.

PRINTED NAME _Louis A Archbold_

SOCIAL SECURITY NUMBER _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_

MAILING ADDRESS _120 Center St._

_Barrington, Il 60010_

SIGNATURE _Louis A. Archbold_   DATE _4-16-96_

# EXHIBIT "1"

## COMPLETE RELEASE AND WAIVER OF ALL CLAIMS

By signing this form, I agree to accept the terms of the settlement in the civil suit I brought against my current or former employer, the County of San Diego ("County"), under the Fair Labor Standards Act ("FLSA"). This litigation is entitled Martin Contreras, et al. v. County of San Diego, U.S. District Court, Southern District of California, No. 90-1336-GT (AJB). I understand that I completely release, waive and/or abandon all FLSA claims for the period covered by the suit, whether known or unknown, whether set forth in the complaint in this action or not, and whether against the County, its officers, agents, or its employees, including all claims for back wages, liquidated damages, interest, attorneys fees, costs, and expenses, except as set forth in the settlement.

PRINTED NAME _Michael James Shelton_

SOCIAL SECURITY NUMBER _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_

MAILING ADDRESS _1933 Strathmoor Blvd._

_Louisville, Kentucky     40205_

SIGNATURE _Michael J. Shelton_          DATE _5/12/96_

# EXHIBIT "1"

## COMPLETE RELEASE AND WAIVER OF ALL CLAIMS

By signing this form, I agree to accept the terms of the settlement in the civil suit I brought against my current or former employer, the County of San Diego ("County"), under the Fair Labor Standards Act ("FLSA"). This litigation is entitled Martin Contreras, et al. v. County of San Diego, U.S. District Court, Southern District of California, No. 90-1336-GT (AJB). I understand that I completely release, waive and/or abandon all FLSA claims for the period covered by the suit, whether known or unknown, whether set forth in the complaint in this action or not, and whether against the County, its officers, agents, or its employees, including all claims for back wages, liquidated damages, interest, attorneys fees, costs, and expenses, except as set forth in the settlement.

PRINTED NAME _James Robertson_

SOCIAL SECURITY NUMBER _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_

MAILING ADDRESS _442 Montclair St._

_Chula Vista, Ca. 91911_

SIGNATURE _James Robertson_          DATE _April 14, 1996_

# EXHIBIT "1"

## COMPLETE RELEASE AND WAIVER OF ALL CLAIMS

By signing this form, I agree to accept the terms of the settlement in the civil suit I brought against my current or former employer, the County of San Diego ("County"), under the Fair Labor Standards Act ("FLSA"). This litigation is entitled Martin Contreras, et al. v. County of San Diego, U.S. District Court, Southern District of California, No. 90-1336-GT (AJB). I understand that I completely release, waive and/or abandon all FLSA claims for the period covered by the suit, whether known or unknown, whether set forth in the complaint in this action or not, and whether against the County, its officers, agents, or its employees, including all claims for back wages, liquidated damages, interest, attorneys fees, costs, and expenses, except as set forth in the settlement.

PRINTED NAME _KENNETH A. VALLEY_

SOCIAL SECURITY NUMBER _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_

MAILING ADDRESS _17041 OCULTO CT_

_SAN DIEGO, CA 92127_

SIGNATURE _Ken Valley_     DATE _4-15-96_

# EXHIBIT "1"

## COMPLETE RELEASE AND WAIVER OF ALL CLAIMS

   **By signing this form, I agree to accept the terms of the settlement in the civil suit I brought against my current or former employer, the County of San Diego ("County"), under the Fair Labor Standards Act ("FLSA").  This litigation is entitled Martin Contreras, et al. v. County of San Diego, U.S. District Court, Southern District of California, No. 90-1336-GT (AJB).  I understand that I completely release, waive and/or abandon all FLSA claims for the period covered by the suit, whether known or unknown, whether set forth in the complaint in this action or not, and whether against the County, its officers, agents, or its employees, including all claims for back wages, liquidated damages, interest, attorneys fees, costs, and expenses, except as set forth in the settlement.**

**PRINTED NAME** _Robert Barbosa Reyes_

**SOCIAL SECURITY NUMBER** _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_

**MAILING ADDRESS** _1018 E. Lexington Ave Apt. #7_
_El Cajon, Ca. 92020_

**SIGNATURE** _[signature]_          **DATE** _4-13-96_

# EXHIBIT "1"