USDC SCAN INDEX SHEET







CONTRERAS

COUNTY OF SAN DIEGO

TB
3:90-CV-01336
*47*
*O.*

```
 1  JOHN J. SANSONE, County Counsel (Acting) (State Bar ID No. 103060)
    County of San Diego
 2  DIANE BARDSLEY, Chief Deputy (State Bar ID No. 81525)
    By MIRIAM E. BREWSTER, Deputy (State Bar ID No. 140757)
 3  1600 Pacific Highway, Room 355
    San Diego, California  92101-2469
 4  Telephone (619) 531-4886

 5  Attorneys for Defendant County of San Diego

 6  FRANK S. CLOWNEY III, Esq. (State Bar ID No. 81694)
    610 West Ash Street, Suite 1000
 7  San Diego, California  92101
    Telephone (619) 557-0458
 8
    Attorney for Plaintiffs
 9
```

FILED
MAY 30 1996
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEP

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CONTRERAS, et al., | No. 90-1336-GT (AJB) |
| Plaintiffs, | REQUEST FOR DISMISSAL AND ORDER |
| v. | |
| COUNTY OF SAN DIEGO, | |
| Defendant. | |

IT IS HEREBY STIPULATED pursuant to Federal Rules of Civil Procedure, Rule 41(A)(2) between Frank S. Clowney III, the attorney of record for plaintiffs and John J. Sansone, County Counsel (Acting), by Miriam E. Brewster, Deputy County Counsel, the attorneys of record for defendant, that this action shall be dismissed with prejudice. The parties have entered into a settlement agreement which fully resolves

///
///
///
///
///

47  ENTERED ON 6-4-96

all issues raised in the litigation.  This agreement was submitted to the Court for approval, and settlement in accordance with the terms of the agreement was ordered on ___May 30, 1996___.

DATED: 5/24/96

JOHN J. SANSONE, County Counsel (Acting)
DIANE BARDSLEY, Chief Deputy

By  *Miriam E. Brewster*

MIRIAM E. BREWSTER, Deputy
Attorneys for Defendant County of San Diego

DATED: 5/23/96

FRANK S. CLOWNEY III, Esq.

By  *Frank S. Clowney III*

FRANK S. CLOWNEY III, Esq.
Attorney for Plaintiffs

ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: May 30, 1996

_____
UNITED STATES DISTRICT COURT JUDGE

MEB\CONTRERAS\DISMISSAL.ORD

-2-